# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-cv-21057-BLOOM/Damian

CELIA MARIE CASTRO,

      Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the parties' Cross-Motions for Summary Judgment, ECF Nos. [16] and [17], filed on October 1, 2022 and October 30, 2022, respectively ("Motions"). The Motions were previously referred to the Honorable Judge Melissa Damian for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [2]. On May 19, 2023, the Magistrate Judge issued a R&R recommending that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. ECF No. [21]. The R&R states that the Plaintiff shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, Plaintiff has filed no objections, nor has she sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that

Case No. 22-cv-21057-BLOOM/Damian

the Plaintiff's Motion for Summary Judgment must be **DENIED** and the Defendant's Motion for

Summary Judgment must be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The R&R, **ECF No. [21]**, is **ADOPTED**;

2.     Plaintiff's Motion for Summary Judgment, **ECF No. [16]**, is **DENIED**;

3.     Defendant's Motion for Summary Judgment, **ECF No. [17]**, is **GRANTED**;

4.     All pending motions are **DENIED AS MOOT**; and,

5.     The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 5, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record